WILLIAM A. REARDON, Appellant, *v.* THE OLYMPIC THEATRE CORPORATION et al., Defendants, and BRAYTON W. WOOD et al., Respondents.

(Argued January 24, 1933; decided February 28, 1933.)

*Gilbert R. Hughes* for appellant.
*Willard R. Pratt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.